# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.  4:01cr9-RH/WCS

JORGE TURO,

      Defendant.

_____/

## ORDER REDUCING SENTENCE

The term of imprisonment to which defendant Jorge Turo is sentenced is hereby reduced to a term of ninety (90) months.  In all other respects the original sentence remains unchanged.

SO ORDERED this 9th day of May, 2005.

                                s/Robert L. Hinkle
                                Chief United States District Judge